Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

_____
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Case No. 2:22-CV-778-MHH-JHE
*(to be filled in by the Clerk's Office)*

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

I. The Parties to this Complaint

A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: David Hicks
All other names by which you have been known:
ID Number: #269676
Current Institution: Williams E. Donaldson
Address: 100 Warrior Lane
Bessemer, Alabama 35023

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: J. Guthery
Job or Title *(if known)*: A. C/O At St. Clair Dont Know if He Still Work Their
Shield Number:
Employer:
Address: A Officer C/O At St. Clair institution
Springville, Alabama 35146

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

City    State    Zip Code

☐ Individual Capacity   ☐ Official Capacity

2

Defendant No. 3

    Name  _____

    Job or Title *(if known)*  _____

    Shield Number  _____

    Employer  _____

    Address  _____

                      *City*          *State*          *Zip Code*

    ☐ Individual Capacity    ☐ Official Capacity

Defendant No. 4

    Name  _____

    Job or Title *(if known)*  _____

    Shield Number  _____

    Employer  _____

    Address  _____

                      *City*          *State*          *Zip Code*

    ☐ Individual Capacity    ☐ Official Capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    _____

    _____

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

After I was stab came from UAB Back The Prison I was in Handcuff An Leg. The c/o Rush me chokeing me Throwed me on the floor were I was stab An Put his knee in my chest Then spray me wit The spray got up An walked off it's on camra Feb-19-21 Time Be Round 3-4 oclock Look At camra At That Time An Date

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _____
(explain)

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

in The infermarey At The Prison When I came Back From UAB From Bein stab He Hurted me my Back Still hurt An messed up Still To This Day

C. What date and approximate time did the events giving rise to your claim(s) occur?

Feb-19-21 Time It was in The Middle 3-4 oclock 3-4 on camra,

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was Assaulted wit Hand cuff An Leg Iron on The other officer was Tryin To stop Him Telling Him stop Mr. Guthery Stop Mr. Hicks Didnt Do any Thang

V. **Injuries** He Not in Trouble He The one got stab

If you sustained injuries related to the events alleged above, describe your injuries in detail.

My Back From Bottom To The Top still hurt it Never had This Problem Till he Throwed Me on The Floor after I was Stab He Did it Because

VI. **Relief** wat Resson I Dont Know The other officer Told Him IM Not in Trouble I was To one got stab

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My Back still hurt if I Ben over or Move a certain way it hurt An I cant Lay on my Back To Long it Just Start To hurtin I cant Really Do any hard Moving Pain Real Bad IM havin I Take Pain Pills at Pill call The State give me I Proberly cant work I Need Some money To Help Me on My Back damage's An Pain An I Felt Like He wanted To Kill me I Didnt Do any Thang For J. Guthery To Assauted Me, J Guthery Tryed To Assauted Me again 2 Days Latter For No Resson on 2-21-21 The Mental Health Lady Mrs. Batie heared Me Screem To Her They Tryin To Jump on Me I Dont Feel Safe Bein in Prison These C/O's will Try To Kill People I need some one To come see Me I cant Move at Time about My Back I need Help Im in Pain every Day

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes it's yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

I was in Prison at St.Clair I Told The Warden An Talked To Equal Justice A Man Name Dan Shavers Knowabout

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

_____

_____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   at St.clair I Believe They Trashed it Because They Knew The OFFercer was wrong For wat He Did To Me

2. What did you claim in your grievance?

   I Told The warden Gave Him The Paper wat huppened To Me,

3. What was the result, if any?

   They Did Same with The OFFecer's The Put Me in Lock up For No Resson An Not Sendin My Mail out

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   They was stopin my mail From goin Out An holdin stuff against me For No Resson The OFFicer Tryed Hurteding me again Feb-2-21-21 I Felt Like he Wanted To Kill me an get away with it he assaulted me Feb-2-19-21 Then He came Back Feb-2-21-21 An Tryed To Jump on me again in a Room With No camras in The mental Health Room The Lady Mrs.Batie at St.clair heard me call her Sayin They Tryin To Jump on me I had Feel on The Floor aFter They swug on me I got under The Table Screemin For HelP. I had Told The Sgt. That offercer Jump on me 2-19-21 in The inFermery at med's Felt Lik my LiFe was in Danger

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    _____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    *I Told The Warden gave Him The Paper Never heared any Thing They Throwed it away Tryin To save That Bad offercer From wat He Did To me messed My Back up*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _____
    _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

*I Dont Feel Safe in Prison, An My Case Im in Prison For A Lie To Cover up They Self*

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes
☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____
_____
_____
_____
_____

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   ☐ Yes
   ☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.  Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

   2.  Court *(if federal court, name the district; if state court, name the county and State)*

       _____

   3.  Docket or index number

       _____

   4.  Name of Judge assigned to your case

       _____

   5.  Approximate date of filing lawsuit

       _____

   6.  Is the case still pending?

       ☐ Yes
       ☐ No

   If no, give the approximate date of disposition. _____

   7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

       _____

9

IX.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff   David Earl Hicks
Prison Identification #     269676
Prison Address              Williams E. Donaldson
                            Bessemer        Alabama    35023
                            City            State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct. it's on camra 2-19-21
Executed on   6-9-22        I Just got This Paper 6-8-22   Round The middle 3-4
              (Date)        Im Signing it 6-9-22

David hicks
Signature of Plaintiff

10